## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  : CHAPTER 13
  Dewey Denby  :
  :
  :
  : BANKRUPTCY NO.  19-10319ELF
           Debtor (s)

## **P R A E C I P E**

Please note the 341 Meeting of Creditors was not concluded on March 13, 2019. The 341 Meeting of Creditors will be continued on April 1, 2019 11:30am.

                                                                Respectfully submitted,

Date: March 26, 2019                                  /s/William C. Miller, Esquire
                                                                William C. Miller, Esquire
                                                                Chapter 13 Standing Trustee
                                                                P.O. Box 1229
                                                                Philadelphia, PA  19105