**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                        Chapter 13

                        Bankruptcy No. 19-10319-ELF

DEWEY  DENBY

5018 N. 10TH STREET

PHILADELPHIA, PA 19141

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    DEWEY  DENBY

    5018 N. 10TH STREET

    PHILADELPHIA, PA 19141

Counsel for debtor(s), by electronic notice only.

    DAVID OFFEN ESQUIRE
    601 WALNUT ST., SUITE 160 WEST

    PHILADELPHIA, PA 19106-

                                            /S/ William C. Miller

Date: 4/1/2019                                 _____

                                                  William C. Miller, Esquire
                                                  Chapter 13 Standing Trustee