```
              IN THE UNITED STATE BANKRUPTCY COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| In Re: | Dewey Denby Debtor | ) ) ) ) ) | Chapter 13<br><br>No. 19-10319-ELF |
|---|---|---|---|

### CERTIFICATION OF NO RESPONSE

   I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.

                                                            /s/David M. Offen
                                                            **David M. Offen**
                                                            **Attorney for Debtor**

**Date:5/6/19**