**L.B.F. 3015.1**

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: **Dewey Denby**

                             Debtor(s)

Case No.:   **19-10319-ELF**

Chapter 13

## CERTIFICATION OF DEBTOR'S COUNSEL

DEBTOR'S COUNSEL HAD INFORMED THE COURT THAT AN AMENDED PLAN WOULD BE FILED TODAY.  AFTER REVIEWING THE SECOND AMENDED PLAN THAT WAS FILED ON SEPTEMBER16TH AND COMPARING  IT WITH THE CLAIMS REGISTER AS WELL AS THE CASE DOCKET,  IT APPEARED THAT THE SECOND AMENDED PLAN FILED ON SEPTEMBER 16TH NEEDS NO  FURTHER AMENDMENT.

IN ADDITION, DEBTOR'S COUNSEL THEN REVIEWED THE SECOND AMENDED PLAN THIS EVENING WITH LEROY ETHERIDGE, ESQ. WHO HAS REVIEWED THE SAME AND AGREES THAT NO FURTHER AMENDMENT IS NEEDED

Date:   **September 17, 2019**

**/s/ David M. Offen**
**David M. Offen**
Attorney for Debtor(s)

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy