# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Dewey Denby | Debtor | Chapter 13 |
| Dewey Denby | Debtor | |
| Sharon Denby | Co-Debtor | NO. 19-10319 ELF |
| William C. Miller Esq. | Trustee | |

## ORDER

AND NOW, this 5th day of November, 2019 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on June 28, 2019 it is **ORDERED** that:

The automatic stay under 11 U.S.C. Sections 362 and 1301 (if applicable), is **MODIFIED** to allow Nationstar Mortgage LLC d/b/a Mr. Cooper and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 5018 North 10th Street Philadelphia, PA 19141.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

Date: 11/5/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**