IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Dewey Denby | : | No. 19-10319-ELF |
| Debtor | : | |

## CERTIFICATE OF SERVICE

I, David M. Offen, attorney for the above named Debtor, hereby certify that a true and correct copy of the Court Order dated November 6, 2019 was served upon the Chapter 13 Trustee, William C. Miller, Esq. and all creditors via first class mail on November 6, 2019 at the following addresses:

PGW
Credit and Collections Department
800 W. Montgomery Avenue, 3rd Floor
Philadelphia, PA 19122

Capital One Auto Finance, a division of Capital On
P.O. Box 4360
Houston, TX 77210

CITY OF PHILADELPHIA LAW DEPARTMENT
TAX & REVENUE UNIT
BANKRUPTCY GROUP, MSB
1401 JOHN F. KENNEDY BLVD., 5TH FLOOR
PHILADELPHIA, PA 19102-1595

Lendmark Financial Services, LLC
2118 Usher Street NW
Covington, GA 30014


ONEMAIN
P.O. BOX 3251
EVANSVILLE, IN 47731-3251

Nationstar Mortgage LLC
d/b/a Mr. Cooper
P.O. Box 619096
Dallas, TX 75261-9741

CACH, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

/s/ David M. Offen
David M. Offen Esq.
Attorney for Debtor
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106
215-625-9600

11/6/19