United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 19-10319-elf
Dewey Denby                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: John              Page 1 of 2           Date Rcvd: Nov 06, 2019
                            Form ID: pdf900        Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2019.
```
db             +Dewey Denby,    5018 N 10th Street,    Philadelphia, PA 19141-3904
14259851       +City of Philadelphia,    Bureau of Administrative Adjudication,    913 Filbert Street,
                 Philadelphia, PA 19107-3117
14259853        Eagle One Fcu,    Po Box 13160,    Philadelphia, PA 19101
14259855       +GRB Law,    1425 Spruce Street, Suite 100,    Philadelphia, PA 19102-4578
14259856       +Impact Receivables Man,    11104 W Airport Blvd Suite 199,    Stafford, TX 77477-3072
14259857       +KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14259858       +Lendmark Financial Services,    1735 North Brown Road,    Suite 300,
                 Lawrenceville, GA 30043-8228
14285117      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage LLC,     d/b/a Mr. Cooper,    P.O. Box 619096,
                 Dallas, TX 75261-9741)
14259860       +NRF AION ADAMS RUN VENTURE LLC,     11 EAST 44TH STREET,    FL 1000,    New York, NY 10017-0058
14277150       +Nationstar Mortgage LLC d/b/a Mr. Cooper,     C/O KEVIN S. FRANKEL,    Shapiro & DeNardo, LLC,
                 3600 Horizon Drive, Ste. 150,    King of Prussia, PA 19406-4702
14275551       +Nationstar Mortgage LLC d/b/a Mr. Cooper,     C/O KEVIN G. MCDONALD,    KML LAW GROUP, P.C.,
                 701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14259863       +PGW,    Credit and Collections Department,    800 W. Montgomery Avenue, 3rd Floor,
                 Philadelphia, PA 19122-2806
14259862       +Pacific Union Financial,    Attn: Bankruptcy,    1603 Lbj Freeway, Suite 500,
                 Farmers Branch, TX 75234-6071
14259864       +ROBERT J WILLWERTH, Esq.,    703 STOKES ROAD, SUITE 3,    Medford, NJ 08055-3006
14259866       +Stephen Altamuro, Esq.,    325 CHESTNUT STREET,    STE. 710,    Philadelphia, PA 19106-2607
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Nov 07 2019 03:54:19      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,     1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 07 2019 03:53:52
                 Pennsylvania Department of Revenue,    Bankruptcy Division,     P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 07 2019 03:54:13      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 07 2019 03:49:59
                 Capital One Auto Finance, a division of Capital On,     4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
cr              E-mail/PDF: cbp@onemainfinancial.com Nov 07 2019 03:50:42      OneMain Financial Group LLC,
                 PO Box 3251,   Evansville, IN  47731-3251
cr             +E-mail/PDF: gecsedi@recoverycorp.com Nov 07 2019 03:50:43      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14259849       +E-mail/Text: bankruptcy@rentacenter.com Nov 07 2019 03:54:34      Acceptance Now,
                 Attn: Acceptancenow Customer Service / B,     5501 Headquarters Dr,    Plano, TX 75024-5837
14293731        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 07 2019 03:49:06      CACH, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14259852        E-mail/Text: megan.harper@phila.gov Nov 07 2019 03:54:19      City of Philadelphia - Law Dept.,
                 One Parkway Bldg.,    1515 Arch Street, 14th Fl,    Philadelphia, PA 19107
14270378       +E-mail/Text: megan.harper@phila.gov Nov 07 2019 03:54:19
                 CITY OF PHILADELPHIA LAW DEPARTMENT,     TAX & REVENUE UNIT,    BANKRUPTCY GROUP, MSB,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,     PHILADELPHIA, PA 19102-1613
14259850       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Nov 07 2019 03:50:54
                 Capital One Auto Finance,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14261726       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 07 2019 03:49:04
                 Capital One Auto Finance, a division of,     Capital One, N.A. Department,
                 AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14269806       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 07 2019 03:49:04
                 Capital One Auto Finance, a division of Capital On,     P.O. Box 4360,    Houston, TX 77210-4360
14272079        E-mail/Text: ktramble@lendmarkfinancial.com Nov 07 2019 03:53:35
                 Lendmark Financial Services, LLC,    2118 Usher Street NW,     Covington, GA 30014
14259859       +E-mail/Text: cedwards@ncsplus.com Nov 07 2019 03:53:43      NCSPlus Incorporated,
                 117 East 24th Street,    5th Floor,    New York, NY 10010-2937
14278932        E-mail/PDF: cbp@onemainfinancial.com Nov 07 2019 03:50:42      ONEMAIN,    P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
14259861       +E-mail/PDF: cbp@onemainfinancial.com Nov 07 2019 03:49:48      OneMain Financial,
                 Attn: Bankruptcy,    601 Nw 2nd Street,    Evansville, IN 47708-1013
14260769       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 07 2019 04:03:23
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14259865       +E-mail/Text: bankruptcy@sw-credit.com Nov 07 2019 03:54:03      Southwest Credit Systems,
                 4120 International Parkway,    Suite 1100,    Carrollton, TX 75007-1958
14259867        E-mail/Text: megan.harper@phila.gov Nov 07 2019 03:54:19      Water Revenue Bureau,
                 1401 JFK Blvd.,    Philadelphia, PA 19102-1663
                                                                                              TOTAL: 20
```

```
District/off: 0313-2          User: John                 Page 2 of 2                  Date Rcvd: Nov 06, 2019
                              Form ID: pdf900            Total Noticed: 35

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14259854*        Eagle One Fcu,    Po Box 13160,    Philadelphia, PA 19101
                                                                                      TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2019 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Dewey  Denby dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com
              PETER E. MELTZER    on behalf of Creditor   OneMain Financial Group LLC bankruptcy@wglaw.com,
               ibernatski@wglaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| DEWEY DENBY, | : | |
| Debtor | : | Bky. No. 19-10319 ELF |

### ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order.

5. **Promptly after the expiration of the response period for any application authorized by Paragraph 4 above, Counsel for the Debtor shall file either**:

    (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

    (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date: November 6, 2019

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE