```
              IN THE UNITED STATE BANKRUPTCY COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


   In Re:   Dewey Denby                  )  Chapter 13
            Debtor                       )
                                         )  No. 19-10319-ELF
                                         )
                                         )
```

**CERTIFICATION OF NO RESPONSE**

I hereby certify that I have received no answer, objection or other responsive pleading to the Application for Compensation of Counsel Fees and respectfully request that the Order attached to the Application be approved.

```
                              /s/David M. Offen
                              David M. Offen
                              Attorney for Debtor
Date:11/19/19
```