United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 19-10319-elf
Dewey Denby                                                                 Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Stacey         Page 1 of 1            Date Rcvd: Nov 27, 2019
                        Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2019.
db             +Dewey Denby,    5018 N 10th Street,    Philadelphia, PA 19141-3904

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2019 at the address(es) listed below:
      DAVID M. OFFEN    on behalf of Debtor Dewey  Denby dmo160west@gmail.com,
       davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
      KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
       bkgroup@kmllawgroup.com
      KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com
      PETER E. MELTZER    on behalf of Creditor    OneMain Financial Group LLC bankruptcy@wglaw.com,
       ibernatski@wglaw.com
      REBECCA ANN SOLARZ     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
       bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
       philaecf@gmail.com
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                           TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|     DEWEY DENBY, | : | |
| | : | |
|     Debtor | : | Bky. No.   19-10319 ELF |

**O R D E R**

    **AND NOW**, upon consideration of the Application of the Debtor's Counsel for Allowance of Compensation and Distribution of Pre-Confirmation Payments held by the Chapter 13 Trustee ("the Application"), and upon the certification of the Debtor's Counsel ("the Applicant") that proper service has been made on all interested parties, and upon the Applicant's certification of no response,

    It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is allowed in favor of the Applicant in the amount of **$3,500.00**.

3. To the extent that funds are available, the Chapter 13 Trustee is authorized to distribute to the Applicant the allowed compensation, less **$426.00** which was paid by the Debtor prepetition, as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B).

4. All remaining funds, if any, held by the Trustee shall be disbursed in accordance with 11 U.S.C. §349(b)(3).

**Date: November 27, 2019**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**